FILED

04/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0057

---

**MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,**

APPELLANT,

V.

**JAY WATSON,**

APPELLEE.

---

**GRANT OF EXTENSION OF TIME TO FILE
APPELLEE'S ANSWER BRIEF**

---

ON APPEAL FROM THE MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF YELLOWSTONE
CAUSE NO. DV 20-1128
HONORABLE JESSICA T. FEHR PRESIDING

---

Upon consideration of Jay Watson's Unopposed Motion for Extension of Time to File Appellee's Answer Brief, and good cause appearing therefore, IT IS HEREBY ORDERED that Appellee is granted an extension of time to May 27, 2023, within which to prepare, file, and serve his Answer Brief.